UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :
                                        INDICTMENT
        -v.-                        :
                                        10 CRIM 402
FNU LNU,                            :
  a/k/a "Wilfredo Roman Rivera,"
  a/k/a "Wilfredo Rivera,"          :
  a/k/a "Fredrico Mendosa,"
  a/k/a "Jose Santo,"               :
  a/k/a "Jose Santos,"
  a/k/a "Juan Agostos,"             :
  a/k/a "Julio Agosto,"
  a/k/a "Ricardo Antonio,"          :
  a/k/a "Decarlo Cruz Arturo,"
                                    :
        Defendant.
                                    :
- - - - - - - - - - - - - - - - - - -x

                    COUNT ONE

        The Grand Jury charges:

        1.  On or about March 2, 2010, in the Southern District of New York, FNU LNU, a/k/a "Wilfredo Roman Rivera," a/k/a "Wilfredo Rivera," a/k/a "Fredrico Mendosa," a/k/a "Jose Santo," a/k/a "Jose Santos," a/k/a "Juan Agostos," a/k/a "Julio Agosto," a/k/a "Ricardo Antonio," a/k/a ""Decarlo Crus Arturo," the defendant, unlawfully, willfully, and knowingly, did make false statements in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and rules prescribed pursuant to such laws, to wit, FNU LNU submitted a passport application containing false information about his identity,

including a false name.

(Title 18, United States Code, Section 1542.)

COUNT TWO

The Grand Jury further charges:

2. On or about March 2, 2010, in the Southern District of New York, FNU LNU, a/k/a "Wilfredo Roman Rivera," a/k/a "Wilfredo Rivera," a/k/a "Fredrico Mendosa," a/k/a "Jose Santo," a/k/a "Jose Santos," a/k/a "Juan Agostos," a/k/a "Julio Agosto," a/k/a "Ricardo Antonio," a/k/a ""Decarlo Crus Arturo," the defendant, unlawfully, willingly, and knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, FNU LNU possessed, used, and transferred the name and other personal identification information of another person in connection with his fraudulent passport application, as charged in Count One of this Indictment.

(Title 18, United States Code, Section 1028A.)

FOREPERSON

PREET BHARARA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

FNU LNU,
a/k/a "Wilfredo Roman Rivera,"
a/k/a "Wilfredo Rivera,"
a/k/a "Fredrico Mendosa,"
a/k/a "Jose Santo,"
a/k/a "Jose Santos,"
a/k/a "Juan Agostos,"
a/k/a "Julio Agosto,"
a/k/a "Ricardo Antonio,"
a/k/a "Decarlo Cruz Arturo,"

**Defendant.**

---

**INDICTMENT**

10 Cr.

(18 U.S.C. §§ 1028A & 1542)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

---

5/7/2010 — A True Bill, Assigned to Judge Swain for all purposes.

Fox, USMJ.